In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-218 CV


____________________



SHELI GARZA, Appellant



V.



ANGELA M. BURNS, Appellee






On Appeal from the County Court at Law No. 2


Montgomery County, Texas


Trial Cause No. 04-11-09440-CV






MEMORANDUM OPINION


 The appellant, Sheli Garza, and the appellee, Angela M. Burns, filed a joint motion
to dismiss this appeal with prejudice. The parties allege they have resolved all disputes and
agreed to dismiss this appeal with prejudice to the rights of either party. The Court finds that
the motion is voluntarily made by the parties through their attorneys of record prior to any
decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1).


 It is, therefore, ordered that the motion to dismiss be granted and the appeal is
therefore dismissed. All costs are assessed against the incurring party.

 APPEAL DISMISSED.




 ___________________________

 DAVID GAULTNEY

 Justice



Opinion Delivered June 15, 2006

Before McKeithen, C.J., Gaultney and Horton, JJ.